No. 93–5958. SLOAN *v.* ROBERTS ET AL. Cir. Ct., City of Lynchburg, Va. Certiorari denied.

No. 93–5959. CONN *v.* KAPTURE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–5967. HUMPHREY *v.* COLEMAN ET AL. Sup. Ct. Tex. Certiorari denied.

No. 93–5968. RESTREPO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–5969. MCGHEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5970. REAVES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5976. CAMPBELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5977. CUMBER *v.* MORTON ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–5978. CAMPBELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5985. ANTONELLI *v.* NEVILLE ET AL. Sup. Ct. Ill. Certiorari denied.

No. 93–5986. MILLER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5989. MARTIN *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 93–5995. SEAVOY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6006. AULTMAN *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 93–6012. VEASEY *v.* RYAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–6014. SANCHEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.